PC 8

RECEIVED
4/13/2021 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Lavonte Lane
_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

John Doe C.P.D.
John Doe C.P.D.
John Doe C.P.D.
John Doe C.P.D.
City of Chicago
~~[redacted]~~

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: **1:21-CV-1977**
(To be supplied by the Clerk of this Court)

**JUDGE SHAH**
**MAGISTRATE JUDGE COLE**

CHECK ONE ONLY:

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Lavonte Lane

   B. List all aliases: N/A

   C. Prisoner identification number: Y2024 Y20~ Y24041

   D. Place of present confinement: Cook county

   E. Address: 2700 S. California Ave.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: John Doe
      Title: Police office
      Place of Employment: City of chicago

   B. Defendant: John Doe
      Title: Police office
      Place of Employment: City of chicago

   C. Defendant: John Doe
      Title: Police office
      Place of Employment: City of Chicago

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was at 55th garfield outside mall area on lasalle lot, of the date of April 26th, 2019 or 25th, when 4-3 police office arrive to the resturant JJ fish when They arrive They came to me and said "we talking to you outside". An grapped me by the Arm took me outside an I say "let me go" and the police officer said Yelling "tazzer" and shot me with the tazzer on my neck my Back, and leg an we felt on the ground for no reason then the Paramedic came 45 min later ask the office what happen so the officer explained there side of the story.

Afther that they grapped me mins. later off the ground on my face an said

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

to me "am I O.K". an I said no.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want money Damages and any other Damages the judge Deems appropriate

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 03 day of April, 2021

_Lavonte Lane_
(Signature of plaintiff or plaintiffs)

Lavonte Lane
(Print name)

20190529159
(I.D. Number)

~~1599~~ 15019 Wood st. Harvey Ill 60426
(Address)

6  Revised 9/2007

Lavonte Lane
#20190529159
2700 S. California
Chicago IL 60608



United States District Court
219 s. Dearborn Street, 20th floor
Chicago IL      60604

Legal Mail



04/13/2021-19