**PC 8**

FILED AM
4/13/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Lavonte Lane
_____
(full name of plaintiff or petitioner)

vs.

City of CHicago
_____

_____
(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(PRISONER CASES)**

**1:21-CV-1977**

Case number: _____

**JUDGE SHAH
MAGISTRATE JUDGE COLE**

**Instructions:**  Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:**  I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

✓ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

___ to request an attorney

1.  *Are you in custody?*   ✓ Yes    ___ No
    ID # 20190529159         Name of jail or prison: Cook county jail
    Do you receive any payment from this institution? ___ Yes   ✓ No
    If "Yes," how much per month? $ 0

2.  *Other sources of income / money*: For the past 12 months, list the amount of money that you have received from any of the following sources:

    |  | *(list the 12-month total for each)* |
    |---|---|
    | Self-employment, business, or profession: | $ 0 |
    | Income from interest or dividends: | $ 0 |
    | Income from rent payments: | $ 0 |
    | Pensions, annuities, or life insurance: | $ 0 |
    | Disability or worker's compensation: | $ 0 |
    | Gifts: | $ 0 |
    | Deposits by others into your jail or prison account: | $ 0 |
    | Unemployment, public assistance, or welfare: | $ 0 |
    | Settlements or judgments: | $ 0 |
    | **Any other source of money:** | $ 0 |

Rev. 2/2020

3. *Cash and bank accounts:* Do you have any money in cash or in a checking or savings account? ___ Yes __✓__ No  If yes, how much? _____

4. *Other assets:* Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ___ Yes __✓__ No

If yes, list each item of property and state its approximate value:

_____

_____

5. *Dependents:* Is anyone dependent on you for support? ___ Yes __✓__ No

If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

_____

_____

6. *Debts and financial obligations:* List any amounts you owe to others:

__none_____

_____

**Declaration:** I declare under penalty of perjury that all of the information listed above is true and correct.

I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 04/05/2021                                    _Lavonte Lane_
                                                    *Applicant's signature*
                                                    Lavonte Lane
                                                    _____
                                                    *Printed name*

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last twelve months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full twelve months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that twelve-month period. You must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE (Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named above, _____, ID # _____, has the sum of $ _____ on account to his/her credit at _____ (name of institution). I also certify that during the past twelve months, the applicant's average monthly deposit was $ _____. (Add all deposits from all sources and then divide by the number of months.)

Date: _____                    _____
                                     *Signature of authorized officer*

                                     _____
                                     *Printed name*

Rev. 2/2020



Lavonte Lane
#20190529159
2700 S. California
Chicago IL 60608

United States District Court
219 s. Dearborn Street, 20th floor
Chicago IL    60604

Legal Mail

04/13/2021-19