Lavonte ~~Lane v. John Doe~~
Case No. 21 C 1977
Hon. Manish Shah

2nd Amended Complaint

RECEIVED
JUN 23 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
SM
JMC

Statement of claim (Amended)

Pg. 4   1. Excessive force

I was on ~~54th~~ 5401 S. Wentworth at the outside mall area ~~on tose~~ on April 25, 2019 when 4 officer arrive to to the resturant (jj fish) when they arrive they came ~~to me~~ me and said "we need to talk to you outside". I began to walk with the police officers outside, and when the police officers and me get outside, two police men grapped me by the wrist and the third police tazer me for no reason. The tazer hit me on my neck and my back and leg. Then we fell to the ground for no reason. Then, the paramedics came 45 min later and asked the officer what happened so the officer explained ~~there~~ their side of the story. The officers used ~~extinive~~ excessive force against me. After that they grabbed me off the ground and asked me "am I ok?", and I said "no".

2. False Arrest

While I was still on the ground, the officers placed handcuffs on me and arrested me. They then placed me in the patrol car and took me to the police station. They falsely arrested me. Later on, a few months later, they dropped the charges against me.

The officers involved were Boyer, J, Police officer star # 15717, Escobedo, ma # 18729 and Martin, D,y, # 253. Officer Escobedo is the one who tazed me.

From: Lavontz Lane #201910529159
270 D S. California
Chicago, IL 60608

To: Office of Clerk of the U.S. District Court
U.S. Courthouse
219 S. Dearborn St.
Chicago, IL 60604