Today's Sept-14, 21
Time 4:11pm

Dear Clerk

This is Lavonte Lane I'm write this Letter Because I'm change my mailing address to 15019 Wood St Harvey, Il 60426 is the new mailing address cause I got out the cook county jail I Dont have a case number yet for my faiha to protect civil suit 1983 form. I'll Ima come up there to change it ~~scribbled out~~ tomorrow.

Thank you

Lavonte Lane

FILED
SEP 22 2021 AL
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Lavonte Lane
15019 wood st.
Harvey Ill
60426

S SUBURBAN IL G04
15 SEP 2021 PM 2 L

Office of clerk
219 South Dearborn st.
Chicago Ill 60604

60604-170299



09/21/2021-22